UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ABDULLAH ENNIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-01359-RLY-MPB |
| | ) | |
| CNH INDUSTRIAL AMERICA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Consistent with the Entry issued this day, the court now enters final judgment in favor of Defendant, CNH Industrial America, LLC, and against Plaintiff, Abdullah Ennin.

**SO ORDERED** this 22nd day of May 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1